Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00249-CR

Jason Luis **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-4816
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  May 5, 2010

DISMISSED

The trial court's certification in this appeal states that the case is a "plea-bargain case, and

the defendant has NO right of appeal."  Rule 25.2(d) of the Texas Rules of Appellate Procedure

provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right

of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).

Appellant's counsel has filed written notice with this court that counsel has reviewed the

record and "can find no right of appeal for Appellant."  We construe this notice as an indication

that appellant will not seek to file an amended trial court certification showing that he has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.). In light of the record presented, we agree with appellant's counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH